UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY WARREN,<br>Plaintiff(s),<br>v.<br>THOMAS W. HARKER,<br>Defendant(s). | CASE NO. 3:21-cv-05167-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Plaintiff has filed a motion for leave to amend her complaint (the "Motion to Amend"), which is unopposed by Defendant. Dkt. No. 17.

(2) Local Civil Rule ("LCR") 15 requires that: "A party who moves for leave to amend a pleading . . . must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added."

(3) The Motion to Amend does not comply with LCR 15. While Plaintiff attached a copy of the proposed amended complaint to her motion, the proposed amended complaint fails to indicate how it differs from the operative complaint.

(4) Accordingly, it is hereby ORDERED: Plaintiff is DIRECTED to file a corrected Motion to Amend that is in compliance with LCR 15 **within three (3) days** of this Order.

Dated this 29th day of June 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk